Arthur Minotz II

vs.   Case No. 5:25-cv-105-SEC-PRL

Dr. Phil, Shaq 'Oniell

Case 5:25-cv-00105-SPC-PRL   Document 1   Filed 02/11/25   Page 1 of 4 PageID 1

RECEIVED
Date: 2/11/25
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT of FLORIDA
OCALA, FLORIDA

① Treatening Me With Dr. Phil, And Shaq in A Horror Flick.

② Wanting Me Sound As Dr. Phil.

③ Killed Dr. Boggs to get me as Shaq Dr. Phil in Shand Hospital At N.F.E.T.C. in North Gainsville... As Queer named Bogg's In Shawshank Redemption.

④ Gunny SGT Shaw an Insult to my Nut Sac/As Notz in the U.S. Military And killed Mike O'NEILL W/ A Greenade/P.A. Percussion in Combat, In A Horror Flick Including Shaq And Dr. Phil. And Left Body Strung From the Ceilling in the Facility At N.F.E.T.C. As A Duncing

And Taunes silver tables Jailhouse.

④ Sueing All for Harassment, Duncing, Trespassing, Trespassing, All Claim Mental Instability,

⑤ Sueing All Threatening my Stronghold, House Hold Income, Mental Stability,

⑥ Threatening me in A Horror Flick Dunce Me And so was Judge James Baxley Shaq, And Doctor Phil And Entire Community At N.F.E.T.C.

Read Entire Lawsuit And All Subsequint Documents (See All Attached Documents)

Arthur M. Notz III

vs,        Case No.

Dr. Phil, Shaq O'Niell

## Lawsuit

List of Charges Against All...

① Threatening My Household Income And Veteran Disabily, Stronghold, Medical Insurance Policy, Disability Actively All Claiming Mental Instability,

② Threatening My Medical Status, Monetary Status, Veterans Benefits, Household Stronghold, Family Holding's And Medical Insurance Policy... And Threatening my Families Dynamic's

③ Rape Meaning Defile Definition.
④ Child Abuse/Neglect/Birth Defect
⑤ Harassment/Heresy
⑥ Invasion of Privacy
⑦ False Charge's
⑧ Slander
⑨ Trespassing ;me And House
⑩ Stalking ; me